IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0971
 ((((((((((((((((

 In Re Julius G. Talton,

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Habeas Corpus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petition for writ of habeas corpus, filed on November 23,
2009, is abated.

 2. This case is removed from the Court's active docket until
further order of this Court. It is the responsibility of the parties to
immediately notify this Court of the decision in the court of appeals, and
in any event to provide a status update no later than January 11, 2010.

 Done at the City of Austin, this 25th day of November, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk